AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2008 APR 21  AM 10: 42

UNITED STATES OF AMERICA

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

CASE NUMBER: 3:03-cr-184-J-12TEM
USM NUMBER: 30218-018

v.

GUY-LUCE FENELON

Defendant's Attorney: Patrick A. Carr (ret)

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers _Two, Three and Four_ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | Failure to submit written monthly report. | June 2004 |
| Three | Failure to report to the Probation Office. | June 2004 |
| Four | Failure to notify ten days prior to any change in residence. | June 2004 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The United States abandoned charge number _One_, the Court dismissed charge number _One_, and defendant is discharged as to such violation charge.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 21, 2008

_Howell W. Melton_
HOWELL W. MELTON
SENIOR UNITED STATES DISTRICT JUDGE

DATE: April 21, 2008

Defendant: **GUY-LUCE FENELON**
Case No.: 3:03-cr-184-J-12TEM

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **eight (8) months**, with credit for time served since February 20, 2008.

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m.     p.m.     on _____.

    \_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before 2 p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL